JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYNEISHA K., | ) | NO. ED CV 20-1961-JGB(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 27, 2021.

/s/ JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE